**UNITED STATES of America v. Phillip D. BEAVERS.**
No. 7546.

Circuit Court of Appeals, Ninth Circuit.
July 19, 1934.

John A. Carver, U. S. Atty., of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

PER CURIAM.

Upon motion of counsel for appellant, consented to by counsel for appellee, ordered appeal dismissed; mandate forthwith.

**UNITED STATES of America v. Stanley E. BLANKENBAKER.**
No. 6777.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Trabue, Doolan, Helm & Helm, of Louisville, Ky., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellant.

**UNITED STATES of America v. John Lee BRAY.**
No. 6462.

Circuit Court of Appeals, Sixth Circuit.
May 10, 1934.

Mac Swinford, U. S. Atty., of Covington, Ky.

Perry B. Miller, of Louisville, Ky., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

**UNITED STATES of America v. James B. BROWN, Bankrupt, Jefferson County, Kentucky, and State of Kentucky.**
No. 6671.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Claude Hudgins, Asst. U. S. Atty., of Louisville, Ky.

D. A. Sachs, Jr., and Henry S. Chesnut, both of Louisville, Ky., for appellees.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.